

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DEMARCO BAKER,

      Defendant.

Case: 4:26-cr-20123
Assigned To : Kumar, Shalina D.
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 3/4/2026
Description: SEALED MATTER (TT)

<u>Violation:</u>
18 U.S.C. § 922(g)(1)

---

## INDICTMENT

---

THE GRAND JURY CHARGES:

### <u>COUNT ONE</u>
### 18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about December 9, 2025, in the Eastern District of Michigan, the defendant, DEMARCO BAKER, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is, one SAR ARMS, SARB6P, 9mm pistol, in violation of Title 18, United States Code, Section 922(g)(1).

### <u>FORFEITURE ALLEGATIONS</u>
### 18 U.S.C. § 924(d)(1)

The allegations contained in this Indictment are hereby re-alleged and

1

incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1).

Upon conviction of an offense charged in this Indictment, DEMARCO BAKER shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d)(1), any firearm or ammunition involved in said offense, including, but not limited to, a SAR ARMS, SARB6P, 9mm pistol, serial number T110216E13492, two magazines, and 44 rounds of 9mm ammunition.

Dated: March 4, 2026

THIS IS A TRUE BILL

s/*Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

s/*Anthony P. Vance*
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices
600 Church Street
Flint, MI 48502
(810) 766-5177
Anthony.Vance@usdoj.gov
P61148

s/*Grant Newman*
GRANT NEWMAN
Assistant United States Attorney
101 First Street, Suite 200
Bay City, MI 48708
(989) 895-5712
Grant.Newman@usdoj.gov
P79799

| United States District Court<br>Eastern District of Michigan | Criminal Case Cc | Case: 4:26-cr-20123<br>Assigned To : Kumar, Shalina D.<br>Referral Judge: Ivy, Curtis, Jr<br>Assign. Date : 3/4/2026<br>Description: SEALED MATTER (TT) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to co

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | **Judge Assigned:** |
| ☐ Yes    ☒ No | **AUSA's Initials: GN** |

**Case Title:** USA v.  Demarco Baker

**County where offense occurred :**  Genesee County

**Check One:**    ☒Felony          ☐Misdemeanor          ☐Petty

   ✓ Indictment/____Information --- **no** prior complaint.
   ____Indictment/____Information --- based upon prior complaint [**Case number:**                    ]
   ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

March 4, 2026
    Date

s/Grant Newman
101 First St. Ste. 200
Bay City, MI 48708
989-895-5712
Fax:    989-895-5790
E-Mail address: Grant.Newman@usdoj.gov
Attorney Bar #: P79799

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.